AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

2007 Ford Sport Trac,
VIN: 1FMEU31K17UA13429,
registered to **Margarita Solis** and
located in the U.S. Virgin Islands

**AFFIDAVIT AND APPLICATION
FOR SEIZURE WARRANT**

CASE NUMBER:

I,  Debra L. LaPrevotte  being duly sworn depose and say:

I am a  Special Agent with the Federal Bureau of Investigation  and have reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely: (describe the property to be seized):

> 2007 Ford Sport Trac, VIN: 1FMEU31K17UA13429,
> registered to **Margarita Solis** and located in the U.S. Virgin Islands.

which is/are: (state one or more bases for seizure under the United States Code)

> property constituting, or derived from any proceeds obtained directly or indirectly, as the result of one or more violations of 18 U.S.C. § 1341 and/or property involved in money laundering, in violation of 18 U.S.C. §1956; subject to seizure pursuant to 18 U.S.C. §§ 981(b); 982(b), and 21 U.S.C. § 853(f) (incorporating 28 U.S.C. § 2461(c)), and subject to forfeiture pursuant to 18 U.S.C. §§ 981(a) and 982(a).

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

> SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN.

Continued on the attached sheet and made a part hereof.      ☒ YES   ☐ NO

Diane Lucas
Asset Forfeiture Unit, Criminal Division
(202) 514-7912

Signature of Affiant
Debra L. LaPrevotte, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

**AFFIDAVIT OF SPECIAL AGENT DEBRA L. LaPREVOTTE**

DEBRA L. LaPREVOTTE, being duly sworn, deposes and states the following:

**PROPERTY TO BE SEIZED**

1.  This affidavit is in support of a seizure warrant for the following "subject property:"

**2007 Ford Sport Trac, VIN: 1FMEU31K17UA13429, registered
to Margarita Solis and located in the U.S. Virgin Islands.**

**AFFIANT'S EXPERIENCE**

2.  I am a Special Agent ("SA") employed by the Federal Bureau of Investigation (FBI).  I have been so employed for twelve (12) years.  Currently, I am assigned to a Bank Fraud Squad, and formerly was assigned to the Asset Forfeiture/Money Laundering Squad in the FBI's Washington, D.C., Field Division (Northern Virginia Resident Agency).  My investigative assignments while in the Asset Forfeiture/Money Laundering Squad included investigating the asset forfeiture aspects of suspected violations of the federal anti-money laundering statutes (18 U.S.C. §§ 1956 and 1957), as well as mail fraud (18 U.S.C. § 1341), wire fraud (18 U.S.C. § 1343), bank fraud (18 U.S.C. § 1344), and health care fraud (18 U.S.C. § 1347) violations.  I have received extensive training in Advanced Money Laundering Techniques and Complex Financial Manipulation.

3.  I am currently assisting SA Andrew Sekela, FBI, Washington Field Office and SA Matt Walsh, FBI Baltimore Field Office.  SA Sekela is assigned to investigate public corruption matters and SA Walsh is a assigned to investigate money laundering matters.

4.  The information contained in this affidavit is based on my personal knowledge and observations accumulated during the course of this investigation; on information conveyed to me by other law enforcement personnel; and on my review of documents and interview reports.  The

affidavit is submitted for the limited purpose of establishing probable cause in support of this

application for seizure warrant, and thus, it does not contain every fact known by me or the

United States.

**PURPOSE OF APPLICATION AND LEGAL DISCUSSION**

5.  The Federal Bureau of Investigation and the District of Columbia are investigating

allegations that Harriette Walters ("Walters") and others conspired to defraud the District of

Columbia government ("DC") of over $20,000,000 by submitting false documents claiming

property tax refunds were owed, and receiving over fifty property tax refund checks.  The DC

government checks obtained as a result of the scheme were deposited into bank accounts

associated with the conspirators.  On at least one occasion, as part of the scheme, the U.S. mail

was used to send a false document from the District of Columbia to one of the conspirators in

Maryland.

6.  This affidavit is submitted in support of a seizure warrant for the above listed item by

a civil and criminal seizure warrant pursuant to 18 U.S.C. § 981(b), 18 U.S.C. § 982(a), and 28

U.S.C. § 2461(c) (incorporating 21 U.S.C. § 853(f)).

7.  Based on the facts set forth in this affidavit, there is probable cause to believe that the

subject property is traceable to proceeds of a mail fraud scheme and/or constitutes property

involved in money laundering and/or a conspiracy to commit those offenses, and is subject to

seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), which provides for the forfeiture of

property constituting or derived from proceeds traceable to mail fraud (in violation of 18 U.S.C.

§ 1341), and pursuant to18 U.S.C. § 981(a)(1)(A), which provides for the forfeiture of any real or

personal property that is involved in a money laundering offense in violation of 18 U.S.C. §§

1956, 1957, and/or 1960.

## PROBABLE CAUSE

8. The investigation revealed that from at least January 2001 through September 2007, there is reason to believe that Walters and others, conspired together to defraud the government of the District of Columbia of more than $20,000,000 through obtaining funds through fraudulently obtained property tax refund checks. Walters was employed at the Office of Tax and Revenue ("OTR"), which is part of the District of Columbia Office of the Chief Financial Officer ("OCFO"). Walters' title was Manager, Real Property Tax Administration Adjustment Unit at OTR.

9. Walters caused false or fraudulent property tax refund requests to be created. She then approved those refund requests, based on her position in the DC government. Once a fraudulently generated check was issued, Walters, or someone acting on her behalf, picked up the check from a DC government office. Walters, or one of her co-conspirators, then deposited the check in a bank account under the control of one of the co-conspirators. Most of the conspirators maintained bank accounts at Bank of America and later at SunTrust Bank.

10. To facilitate the scheme and to make the fraudulently obtained property tax refund checks appear legitimate, Walters often made the checks payable to a company (listed as the payee or co-payee on the check) that either she or her co-conspirators controlled. While Walters and her co-conspirators used some pre-existing companies, at least one of the companies was created expressly for the purpose of depositing fraudulently obtained checks. It had no legitimate function.

11. One of the Bank of America accounts where fraudulently obtained DC government

property tax refund checks were deposited was held in the name of Helmet Plumbing, a company

owned by Richard Walters.

12.  A review of approximately 30 of the fraudulently obtained DC refund checks was

conducted, and the majority of those checks were deposited into accounts under the control of

Jayrece Turnbull at Bank of America and SunTrust Bank.  In excess of $14,000,000 in proceeds

from the scheme flowed through accounts controlled by Jayrece Turnbull before being disbursed

to other accounts and conspirators.

13.  A review of bank records for Harriette Walters, Richard Walters, Jayrece Turnbull

and others associated with this scheme is being conducted.  It has revealed, in part, that over the

past seven years more than $8.5 million dollars was deposited into Bank of America accounts

under the control of Harriette Walters, and $2.47 million dollars was deposited into accounts

under the control of her brother, Richard Walters. Your affiant has reviewed receipts from

several high end retail stores and found that Harriette Walters spent more than $1.4 million

dollars at Neiman Marcus, and approximately half a million dollars at Saks Fifth Avenue, and

made additional purchases at the Louis Vuitton Store, Nordstrom's and Macy's.  To date, the

Federal Bureau of Investigation has seized in excess of $4 million dollars from bank accounts, a

Bentley, two Mercedes, more than 100 designer handbags, over 100 pair of designer shoes, boots

and items of clothing, and other evidence of mass consumption, all of which appear to be the

proceeds of this fraud.

14.  Based on information obtained from OTR, and from interviews and documents

located during search warrants, your affiant is aware that Harriette Walters earned approximately

$87,000 per year working for the DC government.  Richard Walters earned approximately

$45,000 in 2005, and $69,000 in 2006.  These sources of legitimate income are not sufficient to

support the items purchased by Harriette Walters and Richard Walters over the past several years.

### TRACING

15.  During the execution of a search warrant in St. Thomas, agents discovered

documentation which indicated that on June 9, 2006, $30,000 was wired from Richard Walters'

personal Bank of America account number XXXXXXX7747, to Metro Motors SC, Inc. in St

Croix, U.S. Virgin Islands.  It was determined that these funds were used to purchase a 2007

Ford Sport Trac, VIN:  1FMEU31K17UA13429, for a woman named, Margarita Solis.

According to an obituary, Margarita Solis is a sister-in-law of Harriette Walters.  The cash

purchase price of this vehicle was $30,000.  The vehicle was paid for in full.

14.  A review of bank records shows that on March 23, 2006, Richard Walters deposited

a $18,700 check into Bank of America account number XXXXXXX7747, which brought the

balance to $33,000.  On June 9, 2007, the day the $30,000 was transferred to Metro Motors SC,

Inc. in St Croix, U.S. Virgin Islands, the balance in the account was $32,027.81.

15.  The $18,700 check deposited into Richard Walters' account came from Harriette

Walters' Bank of America account number xxxxxxxx5677, check number 4127 (dated March 17,

2006) and was made payable to Richard Walters.

16.  A review of bank records reveals that on March 10, 2006, Jayrece Turnbull wrote

check number 5011 to Harriette Walters for $170,000 from Bank of America account number

xxxxxxxx2467 held in the name of Jayrece Turnbull d/b/a Chapa Interiors.  This is one of the

accounts that millions of dollars in proceeds from the scheme initially went through.  The check

was cashed that same day, March 10, 2006, at Bank of America and Harriette Walters then

purchased a number of cashier's checks, including one written to herself for $100,000.

17. A review of the bank records reveals that on March 23, 2006, there was a $50,000 cash withdrawal from Bank of America account number xxxxxxxx2467 held in the name of Jayrece Trunbull d/b/a Chapa Interiors.

18. Harriette Walters' Bank of America account number xxxxxxxx5677 received the following cash deposits preceding the deposit of check number 4127 to Richard Walters:

February 24, 2006     $11,200

March 10, 2006     $20,000

March 23, 2006     $45,000

The check to Richard Walters for $18,700 is inconsistent with Harriette Walters' legitimate income, and is consistent with the method used by Harriette Walters to disburse the fraud proceeds to co-conspirators.

19. Your affiant is aware that Harriette Walters frequently withdrew large sums of cash or was provided with large sums of cash by Jayrece Turnbull, which had been withdrawn from accounts into which the fraudulently obtained DC government checks had been deposited.  Thus, there is probable cause to be that the $30,000 used to purchase this vehicle was derived from funds stolen from the DC government.

20. On February 8, 2008, Magistrate Judge Kay issued a seizure warrant for the above-named vehicle in Case No. 08-068-M-01.  That seizure warrant was not served on the property because Federal agents were unable to locate the vehicle within ten days.

21. I am advised that 18 U.S.C. § 981(b)(3), provides that "a seizure warrant may be issued . . . by a judicial officer in any district in which a forfeiture action against the property may

be filed under Section 1355(b) of Title 28, *and may be executed in any district in which the property is found . . . .*" Accordingly, this District Court may issue and cause to be served in any other district the requested seizure warrants.

22. Based in the information contained in this and the attached affidavit, it is requested that seizure warrants be issued for the following items:

       a.   2007 Ford Sport Trac, VIN: 1FMEU31K17UA13429, registered to Margarita Solis


_____
      Debra LaPrevotte, Special Agent, FBI

Sworn to and subscribed before me on this_____day of April, 2008.


_____
United States Magistrate Judge